DOCKET No: S(3)16CR436   DEFENDANT: Steven Brown

AUSA Patrick Egan   DEF.'S COUNSEL Walter Mack
☑ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☑ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
DATE OF ARREST 6/28/16   ☑ VOL. SURR.
TIME OF ARREST 1:57 PM   ☐ ON WRIT
☐ Other: _____
TIME OF PRESENTMENT 6:30 PM

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ 200,000 PRB
☑ 2 FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ CD CALIFORNIA (+ PR in between for purpose of travel)
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☑ OTHER CONDITIONS Pre Trial Supervision as Directed, Maintain residence at Santa Monica, CA address

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY 7/12/16
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:
Any application for travel inside and outside the United States must be made to the Court for approval.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☑ CONFERENCE BEFORE D.J. ON 7/21/16
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 7/21/16 7PM
for production of discovery

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: 6-28-16   _____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2