LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 19, 2016

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Williams, et al; 16 Cr. 436 (KMW)**

Dear Judge Wood:

I represent James David Williams in the above-referenced matter.

The purpose of this letter is to respectfully request a temporary modification of Mr. Williams' bail conditions.  Presently, his travel is restricted to the Southern and Eastern Districts of New York and the Central District of California. It is respectfully requested that his travel restrictions be extended such that he may travel with his family, including his mother, wife and three children, to Hawaii from July 23 to August 6.  This trip was arranged prior to Mr. Williams' arrest on June 28 and the Williams family has taken this trip annually for the last 14 years.   They will be staying at the Marriot hotel in Kaanapali, Maui.

I have discussed this request with AUSA Patrick Egan and he consents.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti