# SHER TREMONTE LLP



DOC # 80

June 21, 2017

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 80
DATE FILED: 6/23/2017

Re:   *United States v. James David Williams, et al.*, 16-Cr-436 (KMW)

Dear Judge Wood,

We represent Rand McClain, a non-party surety currently listed on the personal recognizance bond of Steven Brown, one of the defendants in the above-referenced case. We write to the Court because our client no longer wishes to serve as a surety on Mr. Brown's bond. We have spoken to the Clerk's Office and were informed that we should write a letter to Your Honor requesting that Mr. McClain be removed as a surety. Accordingly, we respectfully request that the Court so-order this request.

This application having been referred to Magistrate's Court by Judge Wood, it is hereby ordered that Mr. McClain, at his request, be removed as a surety on defendant Brown's bond.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
T: (212) 202-2600
F: (212) 202-4156
mtremonte@shertremonte.com

*Attorneys for Rand McClain*

cc:   All counsel (via ECF)

SO ORDERED.

[signature]
USMJ  6-23-17



# SHER TREMONTE LLP

June 22, 2017

**BY FAX TO 212-805-4060**

U.S. Magistrate Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. James David Williams, et al.*, 16-Cr-4236 (KMW)

To Whom It May Concern:

As discussed, please find enclosed a letter motion requesting that our client, Mr. Rand McClain, be relieved as surety in the above captioned matter.

Respectfully,

Michael Tremonte

90 Broad Street · 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156