

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2017

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States** v. **James David Williams**, S4 16 Cr. 436 (KMW)

Dear Judge Wood:

    On September 21, 2017, the defendant in the above-captioned action entered a guilty plea to Counts One through Six of the Superseding Information before Magistrate Judge Francis. The Government respectfully requests that Your Honor accept the defendant's guilty plea. Enclosed please find for your consideration (1) a proposed Order accepting Williams's guilty plea and (2) the transcript of the plea proceeding.

                                          Respectfully submitted,

                                          JOON H. KIM
                                          Acting United States Attorney
                                          Southern District of New York

                        By: _____
                             Katherine Reilly/Noah Solowiejczyk
                             Assistant United States Attorneys
                             (212) 637-6521/2473

Enclosures

cc:    Anthony Cecutti, Esq. (by ECF and by e-mail)