```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :

       - v. -                  :    **ORDER**

JAMES DAVID WILLIAMS,            :    S4 16 Cr. 436 (KMW)

          Defendant.         :
- - - - - - - - - - - - - - - - - x

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 21, 2017;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          October 4, 2017

                                           _____
                                           THE HONORABLE KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE